No. 25. FRANK C. STETTLER, PLAINTIFF IN ERROR, *v.* EDWIN V. O'HARA ET AL., CONSTITUTING THE INDUSTRIAL WELFARE COMMISSION OF THE STATE OF OREGON; and

No. 26. ELMIRA SIMPSON, PLAINTIFF IN ERROR, *v.* EDWIN V. O'HARA ET AL., CONSTITUTING THE INDUSTRIAL WELFARE COMMISSION OF THE STATE OF OREGON. In error to the Supreme Court of the State of Oregon. Argued December 16, 17, 1914. Restored to docket for reargument June 12, 1916. Reargued January 18 and 19, 1917. Decided April 9, 1917. *Per Curiam.* Judgments affirmed with costs by an equally divided court. (Mr. Justice Brandeis took no part in the consideration and decision of these cases.) *Mr. Charles W. Fulton* and *Mr.*

*Rome G. Brown* for plaintiffs in error. *Mr. Felix Frankfurter, Mr. A. M. Crawford, Mr. J. N. Teal* and *Mr. Geo. M. Brown* for defendants in error.